IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MICHAEL EVANS                                                        PLAINTIFF

            v.            Civil No. 11-5267

SPRINGDALE POLICE DEPARTMENT                                        DEFENDANT

### O R D E R

Now on this 10th day of February, 2012, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #5), to which no objections have been made, and the Court, having reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

IT IS **THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted *in toto***.

IT IS **FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, this matter is **dismissed with prejudice.**

IT IS SO ORDERED.

            /s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE